# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 22, 2019

158042

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

*In re* PETITION OF BERRIEN COUNTY
TREASURER FOR FORECLOSURE.
_____

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

BERRIEN COUNTY TREASURER,
        Petitioner-Appellee,

v

NEW PRODUCTS CORPORATION,
        Respondent-Appellant.

SC: 158042
COA: 330795
Berrien CC: 2014-000170-CZ

_____/

      On order of the Court, the application for leave to appeal the April 10, 2018 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 22, 2019



Clerk

p0515